# IN THE UNITED STATES DISTRICT COURT
## *For* THE DISTRICT OF COLUMBIA

RICHARD E. SHAW
954 MEADOW LAKES ROAD
ROCK HILL, SC  29732

*ORIGINAL SUMMONS AND COMPLAINT TO REQUIRE DEFENDANT TO PRODUCE BONA FIDE PROOF OF AN EXECUTION OF ASSIGNMENT TO OFFSET CLAIMS OF FRAUD AND CIVIL DEMANDS AND JUDGMENTS*

Plaintiff,

-vs-

OCWEN LOAN SERVICING, LLC-1661 WORTHINGTON ROAD, SUITE 100, W. PALM BEACH, FL 33409
WELLS FARGO BANK, N.A.-3476 STATEVIEW BLVD., FORT MILL, SC 29715
MORGAN STANLEY ABS CAPITAL INC.-1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020

**FILED**
DEC 2 9 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Defendants.

Case: 1:14-cv-02203
Assigned To : Jackson, Ketanji Brown
Assign. Date : 12/29/2014
Description: Pro Se Gen. Civil

## ORIGINAL CIVIL COMPLAINT

Now Comes RICHARD E. SHAW, hereinafter ("Plaintiff") on original civil complaint against OCWEN LOAN SERVICING, LLC, WELLS FARGO BANK, N.A., and MORGAN STANLEY ABS CAPITAL INC; hereinafter ("Defendants") for Civil Demand of ($USD175,900.00) that deals in Internal Revenue Service ("IRS") cancelled debt and this IRS Federal 871 Tax Suit; Cause cited as 26:7609 as an IRS Petition to Quash IRS Summons to require Defendant to produce bona fide proof of an Execution of Assignment to offset claims of fraud and civil demands and judgments.  *Such will grant Plaintiff the right of replevin that will protect Plaintiff from illegal foreclosure attempts until Defendants show proof of ownership of the property in question.  With respect to international law(s) and the fourteenth amendment to the U.S. Constitution, the "duality" of the Plaintiff in the District of Columbia ("District"), by virtue of the laws of the state of*



**RECEIVED**
DEC 1 2 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

RECEIVED
Mail Room

Angela D. Caesar, Clerk
U.S. District Court, District of Colum

1

*GEORGIA; there exists a conflict of interest with Defendants who are not principally incorporated in the District, with respect to the laws of the State wherein Defendants do business.  Defendants must prove that the property in question does not reside with the state in terms of ownership; and that the consumer credit laws of the State did in fact protect Plaintiff who is otherwise making illegal monthly "mortgage" payments to Defendant(s). Federal Reserve Notes or any Negotiable Instrument made payable to Defendant(s) on a "mortgage" obligation under the laws of commerce is a financial crime against Defendant(s). However, if Defendants concede that the same use of the Federal Reserve Note in the payment of a "mortgage" obligation constitutes non-commercial activity in the protection of the U.S. Federal Reserve Banking system ("FED"); then the consumer credit laws will protect Plaintiff as liability insurance to offset and adjust the obligation of the alleged "mortgage" to a zero balance.  Consumer credit is not an instrument of taxation, so procuring monthly payments with the "unsecured" use of Federal Reserve Notes to Defendants constitutes its "mortgage" note and its right to contract as unlawful; securing the right of replevin in favor of Plaintiff.*  This case is directly related to PENDING Case No. 1:14-CV-01112-CKK; now via DISMISSED Case No. 1:14-CV-00110-JDB that will create a conflict of interest to the U.S. Government Defendant and all Defendants to these actions. Even if the prior case is DISMISSED at the time the instant matter is filed with this Court, the prior case was accepted for filing prior to such dismissal. Therefore, this case in direct relation to a PENDING case will remain open for Collateral Attack and all Defendants must default by silence as though a case dismissal did not occur, or be held in CONTEMPT and PERJURY with this Court. The matter in general seeks to adequately challenge the foreclosure on a mortgage to the following described property in Case

No. 2013-CA-009541 for the Fourth Judicial Circuit; FAYETTE County, STATE OF GEORGIA, and legally described as:

**ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 253 OF THE 5TH DISTRICT, FAYETTE COUNTY, GEORGIA, BEING LOT 5, UNIT ONE, FRANKLIN FARMS SUBDIVISION, AS PER PLAT RECORDED IN PLAT BOOK 12, PAGE 43, FAYETTE COUNTY RECORDS, WHICH PLAT IS INCORPORATED HEREIN AND MADE A PART HEREOF BY THIS REFERENCE; TAX PARCEL NO. 054901005**

This same note is hereby accepted for Value to revert the same to the Creditor to accommodate any Uniform Commercial Code ("UCC") lien Account(s) filed in the Ohio Secretary of State's records as foreign judgments.  Plaintiff may also introduce into evidence of this Court the necessary UCC documentations to support the value associated with the property in question has successfully been cancelled to return to the original credit that Plaintiff lent the Defendants to finance the "Mortgage Note" that Defendants claims Plaintiff was obligated to repay.  The Plaintiff in the entitled matter shall hereby challenge the Defendants to provide bona fide evidence of an Execution of Assignment to show the property ownership in question. The Plaintiff has shown that it is the creditor at the time of closing in the "finance" of the property in question.  In ***Fina Supply, Inc. v. Abilene Nat. Bank, 726 S.W.2d 537, 1987*** says that a "Party having superior knowledge who takes advantage of another's ignorance of the law to deceive him by **studied concealment or misrepresentation can be held responsible for that contract."**  Plaintiff also acknowledges direct injury as a result of the actions of the Defendants because of the well-known deceptive practices carried out by Defendants and like institutions daily in terms of finance and who actually owns the property in question.  It shall be hereby

3

established that Ownership of all Property is in the State; forever settling the matter of consumer credit and the protections therewith and that Plaintiff is owed all sums of interest associated with monthly obligations owed to the Defendants and to the State.

Defendants are clearly attempting to operate as a Deed of Trust state by initiating an open foreclosure proceeding in the Fayette County Court's jurisdiction.  Defendants are also well aware that it is not able to loan "their or their depositor's money" under FEDERAL LAW.  *"In the federal courts, it is well established that a national bank has no power to lend its credit to another by becoming surety, indorser, or guarantor for him".  Farmers and Miners Bank v. Bluefield Nat'l Bank, 11 F 2d 83, 271 U.S. 669; "A national bank has no power to lend its credit to any person or corporation."  Also see Bowen v. Needles Nat. Bank, 94 F 925, 36 CCA 553, certiorari denied in 20 S.Ct 1024, 176 US 682, 44 LED 637.*  Supporting evidence concludes that the Defendants have already received up-front payment from Plaintiff in the financing of the property in question.  Any and all interests or sums certain paid to the Defendants to date is considered unlawful through studied concealment or misrepresentation and Plaintiff hereby demands this Court to impose a schedule of payments made to Defendants by Plaintiff for a refund to Plaintiff.  A "Mortgage Note" and the "Deed of Trust" or other similar "Security Investment" are "Securities" by definition under the law.  Securities are regulated by the U.S. Securities and Exchange Commission which is an agency of the Federal Government.  There are very strict regulation about what can and cannot be done with "Securities".  There are very strict regulations that apply to the reproduction or "copying" of "Securities":

The Counterfeit Detection Act of 1992, Public Law 102-550, in Section 411 of Title 31 of the Code of Federal Regulations, permits color illustrations of U.S. currency provided:

**\*The illustration is of a size less than three-fourths or more than one and one-half, in linear dimension, of each part of the item illustrated**

**\*The illustration is one sided**

**\*Photographic or other likenesses of other United States obligations and <u>securities</u> and foreign currencies are permissible for <u>any non-fraudulent purpose</u>, provided the items are reproduced in black and white and are less than three-quarters or greater than one-and-one-half times the size, in linear dimension, or any part of the original item being reproduced. Negatives and plates used in making the likenesses must be destroyed after their use for the purpose for which they were made.**

Plaintiff also challenges the Defendants that other violations to the alleged obligation of the "Mortgage Note" are:  *<u>Title 18 USC section 472 Uttering counterfeit obligations or securities;</u>* *<u>Title 18 USC section 473 Dealing in counterfeit obligations or securities and Title 18 USC</u>* *<u>section 474 Plates, stones, or analog, digital, or electronic images for counterfeiting</u>* *<u>obligations or securities.</u>*  In other words, Plaintiff contends that Defendants cannot produce the original "wet ink signature" mortgage note it claims Plaintiff owes an obligation on.  If Defendants cannot produce bona fide proof of the existence of this "wet ink signature" documents as a legitimate security that Defendants claims Plaintiff owes an obligation on, then Defendants must prove that the "Mortgage Note" was not individually, or bundled and sold at the highest bid to an outside bidder or on the open market exchange.  *<u>If Defendants are the</u>* *<u>"holder in due course" of the mortgage note that there is an obligation owed on, then the</u>* *<u>Defendants are required by law to produce BOTH "Mortgage Note" and "Deed of Trust" or</u>* *<u>other similar "Security Instrument" as ORIGINAL DOCUMENTS in possession of Defendants at</u>* *<u>the time the foreclosure action is initiated.</u>*  Filing or producing a "COPY" of these documents that an alleged obligation is owed on is Counterfeiting on behalf of the Defendants; in violation of 18 USC section 474.  If Defendants are not required to produce these bona fide documents

into evidence of the instant matter, then this Court is not affording Plaintiff due process rights in the same. Producing a "Copy" of the documents can be best simplified with copying a $100 Federal Reserve Note and attempting to use that copy as legal tender in the discharge of debt(s), both public and private.

Then there comes the matter of a Pre-paid Treasury account in which Defendant may have used on behalf of Plaintiff, without Plaintiff's knowledge. The social security number account used by Defendant in the financing of the mortgage note is the system by which Plaintiff has financed the obligation with the Credit to offset and adjust the debt associated with the mortgage note to a zero balance for insurance purposes.

Plaintiff hereby concedes in the copy of the mortgage note by Defendants to be accepted for Value, signed in original 'Red Ink' only by the recipient of the note as free and clear title to the Federal Reserve Bank of Fite & Co. Holdings, by virtue of its Association and its Special Licensing Arrangements. Affixing the acceptance for value stamp on the copied mortgage note of the Defendants shall privatize the same and institute the insurance policy on the note to show the conversion of its ownership and support that Plaintiff has been cleared of any and all debts associated with the "Mortgage Note" of the Defendants in the absence of the original "wet ink signature" note. ***The attached Exemplification Certificate will enforce this Order to guarantee the credit of Plaintiff will be conveyed as an exempt transfer to the Federal Reserve Association of Fite & Co. Holdings.***

Plaintiff further contends that "Fraud vitiates the most solemn Contracts, documents and even judgments." [U.S. v. Throckmorton, 98 US 61, at pg. 65]. Defendants have already

conceded to this process by attempting to use the mortgage agreement as free and clear title, when no substance or value was lent by Defendants to the Plaintiff. Defendants also concedes that if such mortgage note was to be deemed a free and clear title, by virtue of Plaintiff's credit and value lent to Defendants; that Defendants would not have had to foreclose on the alleged mortgage note and obtain a Sheriff's Deed in its place. *"It is not necessary for the rescission of a contract that the parting making the misrepresentation should have known that it was false, but recovery is allowed even though misrepresentation is innocently made, because it would be unjust to allow one who made false representations, even innocently, to retain the fruits of a bargain induced by such representations." [Whipp v. Iverson, 43 Wis 2d 166]. Finally, "Any false representation of material facts made with knowledge of falsity and with intent that it shall be acted on by another in entering into contract, and which is so acted upon, constitutes 'fraud', and entities party deceived to avoid contract or recover damages." Barnsdall Refining Corn. V. Birnam Wood Oil Co, 92 F 26 817.*

In conclusion to Plaintiff's position to challenge Defendants on the validity of its claims, Plaintiff reminds this Court that taking relaxed standards when requiring the Defendants to produce bona fide evidence of a "wet ink signature" of the mortgage note and the obligations associated therewith for Plaintiff will deny due process rights to the instant matter and that all court proceedings shall be held illegal and void. In the event the Defendants cannot substantiate this claim to produce bona fide evidence of the same, then the Civil Demand and the injuries associated therewith will be awarded in the amount of ($USD175,900.00). *Value associated with this civil demand will be backed by real property for deposit into the trust account(s) of the Federal Reserve Association of Fite & Co. Holdings at the Huntington*

*__National Bank immediately upon judgment entry in favor of the Plaintiff, as a case related to__*

*__PENDING  No.  1:14-CV-01112-CKK;  now  via  DISMISSED  Case  No.  1:14-CV-00110-JDB__*.   All

answers hereafter will be made directly to the United States Government, or the United States

Attorney General and United States Department of Justice and Federal Bureau of Investigation.

**Respectfully Submitted,**

By:

RICHARD E. SHAW
AUTHORIZED SIGNATURE

# CERTIFICATE OF SERVICE

I, Richard E. Shaw, do hereby certify that on the _____1ST_____ day of December, 2014, a copy of the Original Civil Summons and Complaint was delivered to the Clerk of the United States District Court for the District of Columbia; FedEx Air Bill No. 1234 5678 9012.  A copy of the same will be sent to:

**OCWEN LOAN SERVICING, LLC**
**1661 WORTHINGTON ROAD, SUITE 100**
**WEST PALM BEACH, FL 33409**

**WELLS FARGO BANK, N.A.**
**3476 STATEVIEW BLVD.**
**FORT MILL, SC 29715**

**MORGAN STANLEY ABS CAPITAL INC**
**1221 AVENUE OF THE AMERICAS**
**NEW YORK, NY 10020**

### U.S. Certified Mail Return Receipt Requested

By: _____

RICHARD E. SHAW
AUTHORIZED SIGNATURE

# ACKNOWLEDGMENT

STATE OF GEORGIA   )

                    ss.

COUNTY OF FAYETTE  )

An original copy of the Civil Summons and Complaint was subscribed before me on this

_Dec 1 2014_____ day of December, 2014.

RICHARD E. SHAW
Authorized Signature

HERBERT A BLACKWELL JR.
Notary Public - State of South Carolina
My Commission Expires Mar. 5, 2020

_Herbert A Blackwell Jr_
Printed Name of Notary Public

_Herbert A Blackwell_
Signature of Notary Public

(Seal)

_March 5 2020_
My Commission Expires

AO 132 (Rev-DC 2/2010) Exemplification Certificate

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

### EXEMPLIFICATION CERTIFICATE

I, Angela D. Caesar, Clerk of the United States District and Bankruptcy Courts, keeper of the records and seal, certify that the attached documents:

Motion for 72 Hour Order of Court Release by plaintiff Ralph J. Bradley filed 5/12/14 docket entry no. 19

are true copies of records of this Court.

In testimony whereof I sign my name, and affix the seal of this Court, in this District, at Washington, D.C. on _____ 7/9/14 _____.

Angela D. Caesar
*Clerk*

*(By) Deputy Clerk*

I, _____ Judge John D. Bates _____, a Judicial Officer of this Court, certify that Angela Caesar, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

7/9/14
*Date*

*Signature of Judicial Officer*

United States District Judge
*Title*

I, Angela D. Caesar, Clerk of the United States District and Bankruptcy Courts, keeper of the seal, certify that the Honorable _____ Judge John D. Bates _____, Judicial Officer named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify above signature to be that of the Judicial Officer.

In testimony whereof I sign my name, and affix the seal of this Court at Washington, D.C. on _____ 7/9/14 _____.

Angela D. Caesar
*Clerk*

*(By) Deputy Clerk*

AO 132 (Rev-DC 2/2010) Exemplification Certificate

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

## EXEMPLIFICATION CERTIFICATE

I, Angela D. Caesar, Clerk of the United States District and Bankruptcy Courts, keeper of the records and seal, certify that the attached documents: SECURITIES AUTHORITY AND BUREAU FILE NO. 80007783 ("ISSUER") FROM THE DEPARTMENT OF INSURANCE, SECURITIES AND BANKING; 524 REPORT ON INTERNAL REVENUE SERVICE CANCELLED DEBT; VIA NON-COMMERCIAL UCC-1 JUDGMENT LIEN (\$USD104,789,059.54); APPOINTMENT AFFIDAVIT; PUBLISHER'S AFFIDAVIT-LEGAL NOTICE; UCC-3 AMENDMENT FINANCING STATEMENT WITH DERIVATIVE ATTACHMENT FROM THE STARK COUNTY RECORDER'S OFFICE, STATE OF OHIO.
are true copies of records of this Court.

In testimony whereof I sign my name, and affix the seal of this Court, in this District, at Washington, D.C. on _____ October 28, 2013 _____.

Angela D. Caesar
_____
*Clerk*

_____
*(By) Deputy Clerk*

I, _____ Ketanji B. Jackson _____, a Judicial Officer of this Court, certify that Angela Caesar, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

October 28, 2013
_____
*Date*

_____
*Signature of Judicial Officer*

United States District Judge
_____
*Title*

I, Angela D. Caesar, Clerk of the United States District and Bankruptcy Courts, keeper of the seal, certify that the Honorable _____ Ketanji B. Jackson _____, Judicial Officer named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify above signature to be that of the Judicial Officer.

In testimony whereof I sign my name, and affix the seal of this Court at Washington, D.C. on
_____ October 28, 2013 _____.

Angela D. Caesar
_____
*Clerk*

_____
*(By) Deputy Clerk*

 **H&R BLOCK**

Preparing America's Taxes Since 1955

May 24, 2013

**Federal Reserve Association of Fite & Company Holdings**
3404 Charlene Avenue SW
Canton OH 44706

Dear Christopher Fite,

Recently we spoke about the status of Forms 1099-C your company sent to me for electronic filing to the Internal Revenue Service. This letter is to confirm that that action was completed.

Submitting Creditor:  Federal Reserve Association of Fite & Company Holdings

         EIN 90-6198337

Debtor:    180 East Broad Partners LLC  EIN 45-3576423      $104,681,759.54

          150 E. Broad Street, Suite 800, Columbus OH 43215

            Number of Form 1099-C equals 31

Debtor:    Ralph J. Bradley  SSN xxx-xx-4264      117,300.00

          3404  Charlene Avenue, S.W.,  Canton OH  44706

           Number of Form 1099-C  equals  1

These Forms 1099-C were <u>Accepted</u> on April 25, 2013 at 8:33:49 AM

Return ID 918934        **Total Cancelled Debt reported**   $104,799,059.54

Sincerely,

*Larry C Hepler*

Larry C.  Hepler, E.A.
Master Tax Advisor
larry.hepler@tax.hrblock.com

2855 W Market St. Ste. Fairlawn, OH 44333
Tel 330-864-5923  Fax 330-475-1469

AO 132 (Rev. 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ COLUMBIA

## EXEMPLIFICATION CERTIFICATE

I, ANGELA D. CEASAR _____, Clerk of this United States District Court,
keeper of the records and seal, certify that the attached documents:
SECURITIES AUTHORITY AND BUREAU FILE NO. 80007763 ("ISSUER") FROM THE DEPARTMENT OF INSURANCE, SECURITIES
AND BANKING;  524 REPORT ON INTERNAL REVENUE SERVICE CANCELLED DEBT; VIA NON-COMMERCIAL UCC-1 JUDGMENT
LIEN ($USD104,790,059.54); APPOINTMENT AFFIDAVIT; PUBLISHER'S AFFIDAVIT-LEGAL NOTICE; UCC-3 AMENDMENT
FINANCING   STATEMENT          WITH DERIVATIVE ATTACHMENT FROM THE STARK COUNTY RECORDER'S
OFFICE,              STATE OF OHIO.

are true copies of records of this Court.
    In  testimony  whereof  I  sign  my  name  and  affix  the  seal  of  this  Court,  in  this  District,  at
                                                                          on  _____
WASHINGTON _____    City _____                                    Date

_____                          _____
Clerk                                        (By) Deputy Clerk

    I, _____, a Judicial Officer of this Court,
certify that _____ ANGELA D. CEASAR _____, named  above,  is and was  on  the date noted,
Clerk of this Court,  duly appointed and sworn,  and keeper of the records and seal,  and that this certificate, and
the attestation of the record, are in accordance with the laws of the United States.

_____                          _____
Date                                         Signature of Judge

                                             _____
                                             Title

    I, _____ ANGELA D. CEASAR _____, Clerk of this United States District Court,
keeper of the seal, certify that the Honorable _____,
                                                        Judge
named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified,
and that I am well acquainted with the Judge's official signature and know and certify the above signature
to be that of the Judge.
    In testimony whereof I sign my name, and affix the seal of this Court at _____
                                             in this State, on _____
WASHINGTON _____                                                 Date
               City

_____                          _____
Clerk                                        (By) Deputy Clerk

Filed at Ohio Secretary of State 03/26/2013 09:00 AM FILE# 20130860110

2013 MAR 26  AM 11:33

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

ETERNAL LIGHT INTERNATIONAL
RALPH J. BRADLEY et al
3404 CHARLENE AVE. SW
CANTON, OHIO NEAR [44708]
REAL LAND, NORTH AMERICA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #   OH00164775997

Stark County Recorder's #201301170002890

1b.  This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☑ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c, and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:
| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:
| 7a. ORGANIZATION'S NAME  THE AMERICAN INVESTMENT GROUP ("ISSUER") | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| % 3404 CHARLENE AVE. SW | CANTON | OHIO | [44706] | usA |

| ADD'L INFO RE ORGANIZATION DEBTOR | 7d. TYPE OF ORGANIZATION  SELF INSURANCE | 7e. JURISDICTION OF ORGANIZATION  PRIVATE | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned

EXECUTION OF ASSIGNMENT: Constitutes Homeowner's Insurance as Ownership of All property is in the State; Pay To The Order of: Ocwen Loan Servicing, LLC; 1661 Worthington Road Suite 100; West Palm Beach, Florida 33409; Sum Certain Value One Hundred Seventy-Five Thousand Nine Hundred and 00/100 ($USD175,900.00) using private accounts (ACH/ROUTE) 044115090; Checking No. 01030223652, Bypassed by access code E81082378 managed by the Fifth District Federal Reserve Bank of Richmond, deposited to Agent Code 12248948 when paid to the Stark County Treasurer by separate secured transaction that draws from this principal indebtedness; a consolidated 10:1 ratio that clears foreign source funds on its face and to perform Electronic Credit Funds Transfers (EFT's) to perspective counties for free

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME  THE FEDERAL RESERVE BANK OF FITE & CO. HOLDINGS | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

UCC 302

1 of 8

Last Revision 11/04/08

FOLLOW INSTRUCTIONS CAREFULLY    OH-00169775199

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
Stark County Recorder's #201301170002890

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME
THE FEDERAL RESERVE BANK OF FITE & CO. HOLDINGS

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| | | |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

13. Use this space for additional information

and clear title rights.  REVERSE financing will assume taxes owed on the property to the County for immediate tax returns filed through the county treasurer's income tax division.  This transaction will secure individual owners to the Civil Counterclaim and Addendums to Case No. 2012-CV-01795 held in the Stark County Court of Common Pleas.

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 06/22/02)

FOLLOW INSTRUCTIONS CAREFULLY
14. INITIAL FINANCING STATEMENT FILE # (same as item 1e on Amendment form)

15. NAME of PARTY AUTHORIZING THIS AMENDMENT (name as item 9 of Amendment form)

| | 15a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| OR | 15b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME SUFFIX |

16. MISCELLANEOUS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

17. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (17a or 17b) - do not abbreviate or combine names

| | 17a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|---|
| OR | 17b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 17c. MAILING ADDRESS | | | CITY | STATE | POSTAL CODE | COUNTRY |
| | ADD'L INFO RE ORGANIZATION DEBTOR | 17d. TYPE OF ORGANIZATION | 17e. JURISDICTION OF ORGANIZATION | | | |

18. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (18a or 18b) - do not abbreviate or combine names

| | 18a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|---|
| OR | 18b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 18c. MAILING ADDRESS | | | CITY | STATE | POSTAL CODE | COUNTRY |
| | ADD'L INFO RE ORGANIZATION DEBTOR | 18d. TYPE OF ORGANIZATION | 18e. JURISDICTION OF ORGANIZATION | | | |

UCC ME                                  2 of 8                       Last Revision 11/04/04

Christopher E. Fite
3404 Charlene Ave. SW
Canton, Ohio 44706

## QUITCLAIM DEED

FOR A VALUABLE CONSIDERATION, in the amount of ONE AND 00/100 DOLLARS USD ($1.00) in hand and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the undersigned, RICHARD E. SHAW, JR. and FELLIE M. SHAW ("Grantor"), ☒ married unmarried of 677 KENWOOD ROAD of FAYETTE County hereby REMISES, RELEASES, CEDES AND FOREVER QUITCLAIMS to THE FEDERAL RESERVE BANK OF FITE & CO. HOLDINGS—BUREAU FILE #80007763 ("Grantee"), whose tax-mailing address is 1090 VERMONT AVE. NW WASHINGTON, DC 20005 all right, title, interest and claim to the following real property in the City of FAYETTEVILLE County of FAYETTE, State of GEORGIA with the following legal description: **ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 253 OF THE 5TH DISTRICT, FAYETTE COUNTY, GEORGIA, BEING LOT 5, UNIT ONE, FRANKLIN FARMS SUBDIVISION, AS PER PLAT RECORDED IN PLAT BOOK 12, PAGE 43, FAYETTE COUNTY RECORDS, WHICH PLAT IS INCORPORATED HEREIN AND MADE A PART HEREOF BY THIS REFERENCE.** Tax Parcel No: 054901005

Prior Instrument Reference: Volume:_____, Page No(s) _____

TO HAVE AND TO HOLD all of Grantor's right, title and interest in and to the above described property unto the said Grantee, Grantee's heirs, administrators, executors, successors and/or assigns forever; so that neither Grantor nor Grantor's heirs, administrators, executors, successors and/or assigns shall have, claim or demand any right or title to the aforesaid property, premises or appurtenances or any part thereof. The same constitutes an Exempt Sale, with tax deferred interest collected against Account No.: OH00148011949, attaching to Alien Land Registration LR 1248 for free and clear title rights.

RICHARD E. SHAW, JR. and FELLIE M. SHAW as GRANTOR, releases all rights of dower therein *(mark if applicable).*

EXECUTED this day of *12-27*, 20 *12* .

_____ (Grantor' Signature)

_____ (Grantor's Spouse's Signature – *If applicable*)

Grantee's Address:

THE FEDERAL RESERVE BANK
OF FITE & CO. HOLDINGS
1090 VERMONT AVENUE NW.
WASHINGTON, DC  20005

Grantors Address:

677 Kenwood Road
Fayetteville, GA  30214-3304

State of GEORGIA          )    South Carolina
                                    )    ss.
County of  FAYETTE     )    York

The foregoing instrument was acknowledged before me on _December 2nd 2012_ by

_Ryan Neelands_

_Ryan V Neelands_
Signature of Notary Public

_Ryan Neelands_
Printed Name of Notary

My commission expires:

_June 2, 2020_

RYAN NEELANDS
Notary Public - State of South Carolina
My Commission Expires June 2, 2020

CHRISTOPHER E. FITE
3404 CHARLENE AVE. SW
CANTON, OHIO 44706

Sheila St. idard, Clerk
Fayette County Superior Court
P.O. Box 130
Fayetteville, Georgia 30214

--------------(Space Above This Line For Recording Data]--------------

# REVERSE MORTGAGE
Loan Number 201205800429

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in
Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are
also provided in Section 16.

**(A) "Security Instrument"** means this document, which is dated December 24, 2012
together with all Riders to this document.

**(B) "Borrower"** is RICHARD E. SHAW, JR. and FELLIE M. SHAW and  AMERICAN
INVESTMENT GROUP™ and RALPH J. BRADLEY Co-Signer/Borrower is the mortgagor under
this Security Instrument.

**(C) "Lender"** is The Federal Reserve Association of Fite & Co. Holdings®

Lender is a federally chartered savings association under Reorganization; No. 1295275-
Converting Out To An Unlicensed Foreign Limited Liability Company
Organized and existing under the laws of the United States of America
OHIO SECRETARY OF STATE UNIFORM COMMERCIAL CODE DIVISION

3404 CHARLENE AVE. SW
CANTON, OHIO
44706

"Fixed Rate International Bill of Exchange
Lender's address is 1090 Vermont Ave. NW  Suite 910  Washington, DC  20005

Lender is the mortgagee under this Security Instrument.
(D) "Note" means the promissory note signed by Borrower and dated December 24, 2012  The Note states that Borrower owes Lender One Hundred Seventy-Five Thousand  Nine Hundred and 00/100 Dollars (U.S. $175,900.00 ) at 0% interest.  Borrower  has promised to pay this debt in regular Payments and to pay the debt in full not later than  December 24, 2027, to a maximum of 15 Consecutive years.
(E) "Property" means the property that is described below under the heading "Transfer of Right Property ."
(F) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.
(G) "Riders" mean all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check as applicable]:

| | | |
|---|---|---|
| ___Adjustable Rate Rider | ___Condominium Rider | ___Second Home Rider |
| ___Balloon Rider | ___Planned Unit Development Rider | ___1-4 Family Rider |
| ___VA Rider | ___Biweekly Payment Rider | ___Other(s) [specify] |
| | X Revolving Credit Rider | |

(H) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.
(I) "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, home-owners association or similar organization.
(J) "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, the phonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions; transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.
(K) "Escrow Items" means those items that are described in Section 3.
(L) "Miscellaneous Proceeds" means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverage described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions of the value and/or condition of the Property.
(M) "Mortgage Insurance" means insurance protecting Lender against the nonpayment of, or default on, the Loan.
(N) "Periodic Payment" means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.
(O) "RESPA" means the Real Estate Settlement Procedures Act (12 U.S.C. Section 2601 et seq. and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time. or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESP A" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESP



P) "Successor In Interest of Borrower" means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note *and/or this Security* Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, grant and convey to Lender the following described property located n the

County             of             Fayette
[Name of Recording Jurisdiction]

LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF AND KNOWN AS AND BEING

LL 253, District 5, Lot 5, Franklin Farms S/D
Parcel ID Number: 054901005           which currently has the address of
677 Kenwood Road                       [Street]
Fayetteville                           [City],
Georgia                                (State)
30214-3304                             [zip code]
("Property Address")

Allen Land Registration LR 1248, Parcel No. 01-935070 and its land description will discharge the liability associated with this and additional property acquisitions. This mortgage is a Fixed Rate International Bill of Exchange. Christopher Eric Fite Companies LLC® is official "REGISTRANT" for multiple business enterprises; currently, but not limited to twenty-two. This foreign limited liability company is doing business as Fite & Co. Holdings, Inc.®, the new Corporation to the Unlicensed contract to establish dualism or Non-Resident Alien status.

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property."

BORROWER COVENANTS that Borrower is lawfully seized of the estate hereby conveyed and has the right to mortgage, grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants *for international* use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:

1. Payment of Principal, Interest, Escrow Items, Prepayment Charges, and Late Charges. Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and any prepayment charges and late charges due under the Note. Borrower shall also pay funds for Escrow Items pursuant to Section 3. Payments due under the Note and this Security Instrument shall be made in U.S. currency. However, if any check or other instrument received by Lender as payment under the Note or this

Page 3 of 15          Fixed Rate International Bill of Exchange          201205800429

3

3404 CHARLENE
CANTON, OHIO 44706

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

Witnesses:

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED
[Sign Original Only]

_____ (Seal)
RICHARD E. SHAW, JR.

_____ (Seal)
FELLIE M. SHAW

_____ (Seal)
AMERICAN INVESTMENT GROUP™
RALPH J. BRADLEY—CO-SIGNER

Page 14 of 15          Fixed Rate International Bill of Exchange          201205800429

PAY TO THE ORDER OF

_____
WITHOUT RECOURSE
FEDERAL RESERVE BANK OF FITE & CO. HOLDINGS®

BY: _____
CHRISTOPHER ERIC FITE
CHAIRMAN

14

STATE OF GEORGIA ⟩
⟩ ss.
COUNTY OF FAYETTE ⟩

I, Richard E. Shaw, Jr., being duly sworn, declare under oath, that I am the representative borrower on

behalf of the American Investment Group™, independent insurer and account adjuster for the Federal

Reserve Bank of Fite & Co. Holdings®, existing by virtue of the Federal Reserve Association of Fite & Co.

Holdings® and its Registrant Fite & Co. Holdings, Inc®. I hereby certify that reverse mortgages

Constitute liability insurance coverage to outside banking institutions and that this Note is written from

private Security Agreement No. 201205800429.


Sworn to before me and subscribed in my presence on _December 27th, 2012_ (Date)


Richard E. Shaw, Jr.


By: _Ryan Neelands_ _December 27th, 2012_
Notary Signature Date


(SEAL)

RYAN NEELANDS
Notary Public - State of South Carolina
My Commission Expires June 2, 2020


My Commission Expires: _June 2, 2020_